UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN

| | |
|---|---|
| AVERY JASPAR CHICK<br>PLAINTIFF | }<br>}<br>} |
| v. | }    Civil No. 1:24-CV-67-GNS |
| | } |
| TAYLOR COUNTY FISCAL COURT, et al.<br>DEFENDANTS | }<br>} |

## DEFENDANTS' REPSONSE TO PLAINTIFF'S
## MOTION FOR EXTENSION OF TIME

Come Defendants Taylor County Fiscal Court (hereafter "TCFC"), Taylor County Jailer Hack Marcum (hereafter "Marcum"), in his official and individual capacities, and Unknown Defendants 1 and 2, in their official and individual capacities (hereafter collectively "Unknown Defendants") (hereafter collectively "Defendants"), by counsel, and hereby state as follows for their Response to Plaintiff's Motion for Extension of Time [DN 5].

Plaintiff has requested additional time in which to respond to Defendants' Motion to Dismiss due to a two-week Covid illness. [DN 5]. Defendants do not object to Plaintiff's Motion for Extension of Time requesting additional time in which to respond to Defendants' Motion to Dismiss.

Respectfully submitted,

*/s/* Carol Schureck Petitt
Carol Schureck Petitt
Ronnie W. Mills
VAUGHN PETITT LEGAL GROUP, PLLC
7500 West Highway 146
Pewee Valley, Kentucky 40056
(502) 243-9797
cpetitt@vplegalgroup.com
rmills@vplegalgroup.com
COUNSEL FOR DEFENDANTS

CERTIFICATE OF SERVICE

It is hereby certified that on this 26th day of August 2024, the foregoing document was filed with the CM/ECF filing system and/or sent via U.S. Mail to:

Timothy Denison
235 South Fifth Street, 3rd Floor
Louisville, Kentucky 40202
(502) 589-6916
timothydenison@aol.com
COUNSEL FOR PLAINTIFF


/s/ Carol Schureck Petitt
VAUGHN PETITT LEGAL GROUP, PLLC